IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01749-CMA-MEH

SABRINA MAY,

    Plaintiff,

v.

HUNTER WARFIELD, INC., and
DOES 1-10, inclusive,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 12, 2011.**

    Plaintiff's Unopposed Motion to Vacate Scheduling Conference [filed September 12, 2011; docket #6] is **granted.** In light of the Notice of Settlement filed on September 9, 2011, the Scheduling Conference set for September 15, 2011 is **vacated**. The parties shall file dismissal papers with the Court on or before **October 10, 2011**.